UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| MATTHEW GOODSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:19-CV-142 |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) ) |
| Defendant. | ) |

ORDER

This Social Security matter is before the Court to consider the Report and Recommendation of United States Magistrate Judge Susan K. Lee dated June 3, 2020, [Doc. 23]. In that Report and Recommendation, Magistrate Judge Lee recommends that the plaintiff's motion for summary judgment, [Doc. 17], be denied, and defendant's motion for summary judgment, [Doc. 21], be granted. The plaintiff has not filed objections to this recommendation.

Thus, after careful consideration of the record as a whole, including the Administrative Transcript, and after careful consideration of the Report and Recommendation of the United States Magistrate Judge, and for the reasons set out in that Report and Recommendation which are incorporated by reference herein, it is hereby ORDERED that this Report and Recommendation is ADOPTED and APPROVED, [Doc. 23], that the plaintiff's motion for summary judgment, [Doc. 17], is DENIED, and that defendant's motion for summary judgment, [Doc. 21], is GRANTED.

So ordered.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE